# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) **JANET EDWARDS,** | ) |
| Plaintiff, | ) |
| v. | ) |
| 1) **SAFECO INSURANCE COMPANY OF AMERICA,** | ) Case No. CIV-14-01231-F |
| 2) **AMERISURANCE AGENCY, INC.,** and | ) |
| 3) **JIM W. BRANCH,** | ) |
| Defendants. | ) |

## STIPULATION OF PARTIAL DISMISSAL

COMES NOW, Plaintiff and Defendants, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulates to the dismissal without prejudice of Defendants, Amerisurance Agency, Inc., and Jim W. Branch.  Plaintiff specifically reserves all claims and causes of actions as to any other Defendants named or unnamed.

Respectfully submitted,

s/J.Drew Houghton
J. DREW HOUGHTON, OBA #18080
FOSHEE & YAFFE
P. O. Box 890420
Oklahoma City, OK 73189
Telephone:  (405) 232-8080
Facsimile:  (405) 601-1103
dhoughton@fosheeyaffe.com
Attorneys for Plaintiff(s)

          s/ Tim D. Cain_____
Tim D. Cain, OBA#11779
Barbara K. Buratti, OBA#12231
WILSON, CAIN & ACQUAVIVA
300 N.W. 13th Street, Suite 100
Oklahoma City, OK  73103
Telephone:     405-236-2600
Fax:                405-236-2607
Tim@wcalaw.com
BarbaraB@wcalaw.com
Attorneys for Defendants, Safeco Insurance
Company of America and
Jim W. Branch

s/ Sarah J. Timberlake_____
Sarah J. Timberlake, OBA#7532
Nicholas D. Grimwood, OBA#31999
ABOWITZ, TIMBERLAKE &
DANHNKE, P.C.
P. O. Box 1937
Oklahoma City, OK  73101
Telephone:     405-236-4645
Fax:                405-239-2843
sjt@abowitzlaw.com
ndg@abowitzlaw.com
**Attorneys for Defendant, Amerisurance Agency, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants and/or in accordance with the Federal Rules of Civil Procedure:

Tim D. Cain, OBA#11779
Barbara K. Buratti, OBA#12231
WILSON, CAIN & ACQUAVIVA
300 N.W. 13th Street, Suite 100
Oklahoma City, OK  73103
Telephone:    405-236-2600
Fax:          405-236-2607
Tim@wcalaw.com
BarbaraB@wcalaw.com
**Attorneys for Defendants, Safeco Insurance Company of America and Jim W. Branch**

Sarah J. Timberlake, OBA#7532
Nicholas D. Grimwood, OBA#31999
ABOWITZ, TIMBERLAKE & DANHNKE, P.C.
P. O. Box 1937
Oklahoma City, OK  73101
Telephone:   405-236-4645
Fax:         405-239-2843
sjt@abowitzlaw.com
ndg@abowitzlaw.com
**Attorneys for Defendant, Amerisurance Agency, Inc.**


                                        s/J.Drew Houghton_____
                                        J. DREW HOUGHTON, OBA #18080