# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JANET EDWARDS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) SAFECO INSURANCE COMPANY OF )<br>AMERICA, )<br>)<br>Defendant. ) | Case No.: 14-cv-01231-F |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear her/its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

/s/ *J. Drew Houghton*
J. Drew Houghton, OBA #18080
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK 73189
Dhoughton@fosheeyaffe.com
Telephone: 405-232-8080
Facsimile: 405-601-1103

Larry Bache, Esq.
FL State Bar No.: 91304
Merlin Law Group
777 S. Harbour Blvd, 9th Floor
Tampa, FL 33602
lbache@merlinlawgroup.com
Telephone: 813-229-1000
Facsimile: 813-229-3692

Phillip N. Sanov, Esq.
TX State Bar No.: 17635959
Three Riverway, Suite 701
Houston, TX 77056
Psanov@merlinlawgroup.com
Telephone: 713-626-8880
Facsimile: 713-626-8881
***Attorneys for Plaintiff***

/s/ *Barbara K. Buratti*
Tim D. Cain, OBA #11779
Barbara K. Buratti, OBA #12231
TimC@wcalaw.com
BarbaraB@wcalaw.com
WILSON, CAIN & ACQUAVIVA
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: (405) 236-2600
Facsimile: (405) 236-2607
***Attorneys for Defendant***
***Safeco Insurance Company of America***